IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| AMBER McCULLOUGH, KRISTI M. SPENCE and CACEY L. McCRARY, <br><br> Plaintiffs, <br><br> v. <br><br> MAURY COUNTY JAIL, et al., <br><br> Defendants. | Case No. 1:13-0093 <br> Chief Judge Haynes |

## ORDER

Upon review of the file, the Clerk of Court mailed copies of an Order in this action to the Plaintiffs on November 8, 2013 and February 18, 2014 (Docket Entry No. 10, 11 and 21). The Orders were returned to the Court as "Return to Sender, Unable to Forward." (Docket Entry Nos. 15, 16, 24, 25, 26, 27).

Under Fed. R. Civ. P. 5(b), service is effective upon mailing to the party's last known address. It is a party's responsibility to inform the Court of his address so as to enable the Court to inform all parties of matters arising in the litigation. Downs v. Pyburn, No. 3:87-0471 (M.D. Tenn. Order filed September 4, 1987). The Plaintiffs have failed to inform the Court of their new address, and the Court is unable to conduct the necessary proceedings in this action.

Accordingly, Plaintiffs are **DISMISSED without prejudice** under Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiffs' failure to prosecute.

It is so **ORDERED**.

ENTERED this the 27th day of March, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court